# Exhibit C

Case 8:25-cv-01252-DKC     Document 1-5     Filed 04/17/25     Page 1 of 2

