Civil Action No. **8:25-cv-01252-DKC**

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)*  **New Spirit Recovery LLC c/o Arthur Kazanchian**
**was received by me on  April 18, 2025**

☐ I personally served the Service Documents on the individual at      on

☑ I left the Summons In A Civil Action; Complaint and Jury Demand; Exhibits at the defendant's business address with "John Doe", refused to give name - Person apparently in charge, a person of suitable age and discretion who works there, on   April 18, 2025 at 3:41 PM, and mailed a copy to the defendant's last known address; or

☐ I served the Service Documents to   , who is designated by law to accept service of process on behalf of    on   ;or

☐ I returned the Summons In A Civil Action; Complaint and Jury Demand; Exhibits unexecuted because;

My fees are $ .00 for travel and $ 119.00 for services, for a total of $ 119.00

I declare under penalty of perjury that this information is true.

Date: **4/21/2025**

*Server's signature*

**Victor Curiel, Registered Process Server**
*Printed name and title*

**Contracted by Amstar Express, Inc**
**509 Marin Street, # 237,**
**Thousand Oaks, CA 91360**
**(888) 778-2711**
*Server's Address*

A0440-A46065