## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
### (SOUTHERN DISTRICT)

|  |  |
|---|---|
| HAGERSTOWN RECOVERY LLC <br> DBA THE VALLEY <br> 19120 MUNCASTER RD. <br> DERWOOD, MD 20855 <br><br> *Plaintiff,* <br><br> v. <br><br> NEW SPIRIT RECOVERY LLC <br> C/O ARTHUR KAZANCHIAN <br> 17856 CATHEDRAL PL <br> ENCINO, CA 91316 <br><br> *Defendant.* | Case No.: 8:25-cv-01252-DKC <br> Jury Trial Demanded |

### Consented Motion for Extension of Time to Answer

Pursuant to Fed. R. Civ. P. 6(b), Defendant, New Spirit Recovery LLC, by and through undersigned counsel, with the consent of Plaintiff, respectfully moves this Honorable Court for an extension of time to file an answer or otherwise respond to the Complaint filed by Plaintiff and in support thereof states as follows:

1. Plaintiff filed the Complaint on April 17, 2025.

2. Defendant's current deadline to answer or otherwise respond to the Complaint is May 9, 2025.

3. Defendant seeks an extension of 30 days up to and including June 9, 2025, to file its answer or other responsive pleading.

4. Counsel for Defendant has conferred with counsel for Plaintiff, and Plaintiff consents to the requested extension.

5. The parties are engaged in settlement negotiations.

6. This is the first request for an extension of time, and it is not made for the purpose of delay.

7. Defendant submits that, in light of the fact that the parties have consented to the extension of time, good cause has been shown for the extension of time answer.

WHEREFORE, Defendant respectfully requests that the Court grant this Consent Motion and enter an order extending the time for Defendant to answer or otherwise respond to the Complaint up to and including **June 9, 2025.**

Respectfully submitted,

Date: 5/9/2025                                   LUTZKER & LUTZLER LLP

By:   */s/ Jeannette M. Carmadella*
      Jeannette Maurer Carmadella
      (Maryland Federal Bar No. 29648)
      Arnold P. Lutzker
      (Maryland Federal Bar No. 29660)
      1850 M. St. NW, Suite 1060
      Washington, DC 20036
      Ph: 202-408-7600
      jeannette@lutzker.com
      arnie@lutzker.com

      WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
      By: /s/ Paulo A. de Almeida
      *pro hac vice* application forthcoming
      pdealmeida@wrslawyers.com
      11400 W. Olympic Blvd., 9th Floor
      Los Angeles, California 90064
      PH:  310-478-4100  Ext. 6609

      *Counsel for Defendant,*
      *New Spirit Recovery LLC*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 9th day of May 2025, a copy of the foregoing document was electronically delivered to:

KURTZ, PETERS & ASSOCIATES LLC
Benjamin M. Kurtz, Esquire
350 Camino Gardens Blvd., Suite 300
Boca Raton, Florida 33432
Ph: 301-685-3911 Fx: 301-685-3674
bkurtz@kurtzandpeters.com

By: ____/jmcarmadella/_____
Jeannette Maurer Carmadella