# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
## (SOUTHERN DISTRICT)

| | |
|---|---|
| HAGERSTOWN RECOVERY LLC <br> DBA THE VALLEY <br> 19120 MUNCASTER RD. <br> DERWOOD, MD 20855 <br><br> *Plaintiff,* <br><br> v. <br><br> NEW SPIRIT RECOVERY LLC <br> C/O ARTHUR KAZANCHIAN <br> 17856 CATHEDRAL PL <br> ENCINO, CA 91316 <br><br> *Defendant.* | Case No.: 8:25-cv-01252-DKC <br> Jury Trial Demanded |

## [PROPOSED] ORDER GRANTING MOTION FOR EXTENSION OF TIME TO ANSWER

Having considered the Defendant, New Spirit Recovery LLC's Motion for Extension of Time to Answer, and for good cause show, this Court hereby rules as follows:

**ORDERED** that the Motion is GRANTED; and it is further

**ORDERED** that Defendant shall have up to and including June 9, 2025, to file an answer or otherwise respond to the Complaint.

SO ORDERED this ___ day of _____, 2025.

_____
Hon. Deborah K. Chasanow
United States Magistrate Judge

1