AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 8:25-cv-01252-DKC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* POLARIS DETOX LLC DBA INNOVO DETOX was received by me on *(date)* June 6, 2025.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* POLARIS DETOX LLC DBA INNOVO DETOX, Vikki Glogg, Clinical Director , a person of suitable age and discretion who resides there, on *(date)* Fri, Jun 06 2025 , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* POLARIS DETOX LLC DBA INNOVO DETOX, Vikki Glogg, Clinical Director , who is designated by law to accept service of process on behalf of *(name of organization)* POLARIS DETOX LLC DBA INNOVO DETOX on *(date)* Fri, Jun 06 2025 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $20.31 .

I declare under penalty of perjury that this information is true.

Date: June 7, 2025

*Server's signature*

Gary Winfrey, Private Process Server

*Printed name and title*

LawServePro, 8482 Ft Smallwood Rd, B110, Pasadena, MD 21122

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Jun 6, 2025, 3:30 pm EDT at 7007 York Road, Abbottstown, PA 17301 received by POLARIS DETOX LLC DBA INNOVO DETOX, Vikki Glogg, Clinical Director. Age: 50; Ethnicity: Caucasian; Gender: Female; Weight: 200; Height: 5'5"; Hair: Blond; Eyes: Green;
Served all documents on Vikki Glogg, Clinical Director, Who stated that she were authorized to accept service.

Documents Served:
SUMMONS IN A CIVIL ACTION (6/5/2025); AMENDED COMPLAINT AND JURY TRIAL DEMAND; EXHIBITS; AMENDED COMPLAINT AND JURY DEMAND