# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
## (SOUTHERN DISTRICT)

HAGERSTOWN RECOVERY LLC
DBA THE VALLEY
19120 MUNCASTER RD.
DERWOOD, MD 20855,

    Plaintiff,

  v.

NEW SPIRIT RECOVERY LLC C/O
ARTHUR KAZANCHIAN
17856 CATHEDRAL PL
ENCINO, CA 91316,

  &

TREATMENT OUTREACH SERVICES
INC. C/O JESSICA PHELAN
1163 FERNLEA DR WEST PALM BEACH,
FL 33417

  &

JESSICA PHELAN-personally 1163
FERNLEA DR WEST PALM BEACH, FL
33417

  &

POLARIS DETOX LLC DBA
INNOVO DETOX
7007 YORK RD.
ABBOTTSTOWN, PA 17301

    Defendants.

Case No.: 8:25-cv-01252-DKC
Jury Trial Demanded

## DEFENDANT NEW SPIRIT RECOVERY LLC'S NOTICE OF MOTION TO DISMISS

Defendant New Spirit Recovery LLC ("Defendant" or "NSR") hereby moves under Rule 12(b)(2) of the Federal Rules of Civil Procedure to dismiss Plaintiff Hagerstown Recovery LLC's ("Plaintiff") Amended Complaint because NSR is not subject to personal jurisdiction in Maryland

1  for the asserted claims.  In the alternative, NSR moves under Rule 12(b)(6) to dismiss Plaintiff's
2  Amended Complaint because it fails to allege a plausible claim for relief.

3  This Motion is based on the attached Memorandum of Points and Authorities and
4  Declaration of Leshon Hill (filed concurrently herewith), and upon such oral argument and
5  submissions that may be presented at or before the hearing on this motion.

6  WHEREFORE, Defendant NSR requests that the Court GRANT the Motion to Dismiss
7  under Fed. R. Civ. P. 12(b)(2) because NSR is not subject to personal jurisdiction in Maryland for
8  the asserted claims, or alternatively under Fed. R. Civ. P. 12(b)(6) on the grounds that the Amended
9  Complaint fails to state a plausible claim for relief against NSR.

Respectfully submitted,

DATED: June 18, 2025

WOLF, RIFKIN, SHAPIRO,
SCHULMAN & RABKIN, LLP

By:  */s/ Paulo A. de Almeida*
Admitted *pro hac vice*
11400 W. Olympic Blvd., 9th Floor
Los Angeles, California 90064
PH: 310-478-4100 Ext. 6609
pdealmeida@wrslawyers.com

LUTZKER & LUTZLER LLP
By: /s/ *Jeannette M. Carmadella*
Jeannette Maurer Carmadella
(Maryland Federal Bar No. 29648)
Arnold P. Lutzker
(Maryland Federal Bar No. 29660)
1850 M. St. NW, Suite 1060
Washington, DC 20036
Ph: 202-408-7600
jeannette@lutzker.com
arnie@lutzker.com

Counsel for Defendant,
New Spirit Recovery LLC

**DEFENDANT NEW SPIRIT RECOVERY LLC'S NOTICE OF MOTION TO DISMISS**
**Case No.: 8:25-cv-01252-DKC**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 18th day of June, 2025, a copy of the foregoing document was electronically delivered to:

    KURTZ, PETERS & ASSOCIATES LLC
    Benjamin M. Kurtz, Esquire
    350 Camino Gardens Blvd., Suite 300
    Boca Raton, Florida 33432
    Ph: 301-685-3911 Fx: 301-685-3674
    bkurtz@kurtzandpeters.com

                      By: /s/ Paulo A. de Almeida
                              Paulo A. de Almeida