# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Maryland

Case Number: 8-25-CV-01252-DKC

Plaintiff:
**HAGERSTOWN RECOVER LLC DBA THE VALLEY**

vs.

Defendant:
**NEW SPIRTI RECOVERY LLC et al. c/o ARTHUR KAZANCHIAN**

For:
BENJAMIN KURTZ, ESQ.
BENJAMIN M. KURTZ, ESQUIRE

JGS2025014593

Received by COURTESY FLORIDA PROCESS SERVERS on the 9th day of July, 2025 at 2:43 pm to be served on **JESSICA PHELAN, 8751 THORN BROOK TERRACE PT, BOYNTON BEACH, FL 33473-4879**

I, Michael Rossini, do hereby affirm that on the **10th day of July, 2025** at **1:19 pm**, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **JESSICA PHELAN** at the address of: **8751 THORN BROOK TERRACE PT, BOYNTON BEACH, FL 33473-4879**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 30s, Sex: F, Race/Skin Color: WHITE, Height: 5-6, Weight: 135, Hair: BROWN, Glasses: N

I certify that I am not a party to the above action and over age eighteen. The server is certified in the county where the process was served and in good standing with the said court. I also certify that service was made in accordance with Florida Statutes 48.031 and Florida R.C.P. (C) and Rule 4 (C), 50 U.S.C and section 520 F.T. Sec.

Under penalty of perjury, I declare that I have read the foregoing Verified Return of Service and that the facts stated in it are true. F.S. 92.525 (2

Michael Rossini
CPS #3117

**COURTESY FLORIDA PROCESS SERVERS**
**Payment Center**
**P.O. Box 40-3621**
**Miami Beach, FL 33140**
**(888) 319-2205**

Our Job Serial Number: JGS-2025014593

Copyright © 1992-2025 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0d

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

HAGERSTOWN RECOVERY LLC  
DBA THE VALLEY  
19120 MUNCASTER RD.  
DERWOOD, MD 20855  

*Plaintiff(s)*

v.

NEW SPIRIT RECOVERY LLC et. al.  
C/O ARTHUR KAZANCHIAN  
17856 CATHEDRAL PL  
ENCINO, CA 91316  

*Defendant(s)*

Civil Action No. 8:25-cv-01252-DKC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* JESSICA PHELAN-Personally  
1163 FERNLEA DR  
WEST PALM BEACH, FL 33417

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Benjamin M. Kurtz, Esquire  
350 Camino Gardens Blvd., Suite 300  
Boca Raton, Florida 33432  
Ph: 301-685-3911 Fx: 301-685-3674

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____6/5/2025_____

*Signature of Clerk or Deputy Clerk*

| | | |
|---|---|---|
| COURTESY FLORIDA PROCESS SERV<br>Payment Center<br>P.O. Box 40-3621<br>Miami Beach, FL 33140<br>Phone: (888) 319-2205<br>Fax: (866) 600-6959<br>46-1472675 | **INVOICE** | **COURTESY FLORIDA<br>PROCESS SERVERS<br>151 N. NOB HILL ROAD<br>SUITE 124<br>PLANTATION, FL 33324<br>(954) 228-0750** |

Invoice #JGS-2025014593
7/10/2025

JAMES PETERS

**Case Number:** 8-25-CV-01252-DKC

Plaintiff:
**HAGERSTOWN RECOVER LLC DBA THE VALLEY**

Defendant:
**NEW SPIRTI RECOVERY LLC et al. c/o ARTHUR KAZANCHIAN**

Received: 7/9/2025   Served: 7/10/2025 1:19 pm   INDIVIDUAL/PERSONAL
To be served on: JESSICA PHELAN

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Expedited Service | 1.00 | 99.00 | 99.00 |
| **TOTAL CHARGED:** | | | **$99.00** |

| | |
|---|---|
| **BALANCE DUE:** | **$99.00** |

Please enclose a copy of this invoice with your payment.

FOR INQUIRIES, PLEASE CALL OR TEXT 786-475-2900
OR EMAIL: COURTESYPROCESS@GMAIL.COM

Payments can be made by visiting https://jgs.sopstatus.com.
Thank you for your business. We do expect payment within 21 days, so please process this invoice within that time.
There will be a 1.5% interest charge per month on late invoices.