IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND (SOUTHERN DISTRICT)

-----------------------------------------------------------------------------------------------------------

HAGERSTOWN RECOVERY LLC d/b/a THE VALLEY,

    Plaintiff,

v.                                Case No.: 8:25-cv-01252-DKC

NEW SPIRIT RECOVERY LLC, et al.,
    Defendants.

-----------------------------------------------------------------------------------------------------------

## NOTICE OF APPEARANCE

    Kindly enter the appearance of undersigned on behalf of Treatment Outreach Services, Inc. and Jessica Phelan.

* * *

Respectfully submitted,

/s/Eric J. Menhart
Eric J. Menhart, Esq.
Lexero Law
80 M St SE Ste 100
Washington, D.C. 20003
Phone: 855-453-9376
Fax: 855-453-9376

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was filed via the Court's electronic filing system and all parties of record were served via that system.

/s/ Eric Menhart
Eric J. Menhart